167 So.2d 145

**James Charlie HALLMAN**

v.

**STATE of Alabama.**

**7 Div. 657.**

Supreme Court of Alabama.

Aug. 27, 1964.

·Huel M. Love, Talladega and Beddow, Embry & Beddow, Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., and Winston Huddleston, Sp. Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of James Charlie Hallman for certiorari to the Court of Appeals to review and revise the judgment and decision in Hallman v. State, 167 So.2d 142.

Writ denied.

LIVINGSTON, C. J., and SIMPSON, and MERRILL, JJ., concur.

172 So.2d 795

**Grady KNOX**

v.

**STATE.**

**8 Div. 190.**

Supreme Court of Alabama.

March 11, 1965.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for petitioner.

Ralph E. Slate, Decatur, opposed.

HARWOOD, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Knox v. State, 172 So.2d 787.

Writ denied.

LIVINGSTON, C. J., and SIMPSON, and MERRILL, JJ., concur.